RAPHOZ, Bruno (DOB June 14, 1962)

Name

RAPHOZ, Bruno

4, av Mireio A

Address

06100 NICE    FRANCE

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

21 JUN 15 AM 10: 29

COMPLAINT

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

RAPHOZ, Bruno _____, Plaintiff
(Full Name)

v.

FENN, Forrest ; OLD, Shiloh ;
STUEF, Jonathan ; BARBARISI, _____, Defendant(s)
Dan

CASE NO. __21cv553-JFR__
(To be supplied by the Clerk)

CIVIL RIGHTS COMPLAINT
PURSUANT TO 42 U.S.C. §1983

## A. JURISDICTION

1) RAPHOZ, Bruno _____, is a citizen of FRANCE
   (Plaintiff)                                    (State)
   who presently resides at 4, av Mireio A
                            (Mailing address or place of confinement)
   06100 NICE                                       .

2) Defendant FENN, Forrest ; (posthumously) _____ is a citizen of
             (Name of first defendant)
   USA _____, and is employed as
   (City, State)
   Old Santa Fe Trail, Santa Fe, NM _____. At the time the claim(s)
   (Position and title, if any)
   alleged in this complaint arose, was this defendant acting under color of state law?
   Yes ☐    No ☑    If your answer is "Yes", briefly explain:

3) Defendant __OLD, Shiloh ; STUEF, Jonathan ; BARBARISI, Dan__ is a citizen of
(Name of second defendant)
__USA__ , and is employed as
(City, State)
__unknown residing addresses__ . At the time the claim(s)
( Position and title, if any)
alleged in this complaint arose, was this defendant acting under color of state.
Yes ☐   No ☑    If your answer is "Yes", briefly explain:




(Use the back of this page to furnish the above information for additional defendants.)

4) Jurisdiction is invoked pursuant to 28 U.S.C. §1343(3), 42U.S.C. §1983. (If you wish to assert Jurisdiction under different or additional statutes, you may list them below.)




## B.  NATURE OF THE CASE

1) Briefly state the background of your case.

Suit subject is 'F. Fenn's treasure'. After a good number of years at work on the clues and studying the region, I know where the F. Fenn wanted us to go, treasure or not, and it wasnê Wyoming for sure, but Colorado. I did go there and can prove I found the blaze in sept. 2019, located at the precise right spot, evidence leading me there accurately, in the middle of nowhere. I took pictures of the blaze that you can find

in his mail forrestfenn@gmail.com (sent by me sept. 11 2019 by advelocit@gmail.com). The reasons leading me to it are all numbered in the poem, and I even found some additional ones too, courtesy by Fenn, confirming I was where he intended us to be. All this meaning that I can reproduce it in front of a judge.

My assumption is that when F. Fenn knew I was once again on my way to bring the chest back from the above mentioned site (I wrote to him forrestfenn@gmail.com on march 17, 2020, my email was then emilievivienne@protonmail.com), the virus then plunging the planet to a standstill and his death

# C. CAUSE OF ACTION

1) I allege that the following of my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary, you may attach up to two additional pages (8 1/2" x 11") to explain any allegation or to list additional supporting facts.

A)(1) Count I:

F. Fenn weaved a wonderful story that gave him a lot of notoriety but at a price : leaving a part of his precious

belongings to someone unknown, unless... he devised a scheme to keep the story still going while plotting

the end differently, just before dying, than the one promised, breaking an engagement, a vow, a contract

(2) Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing leagl authority or argument.)

The suppoorting facts are certainly kept secret by the parties involved and can only be investigated by a

magistrate and that's what I'm asking to start with. It was the wildest endeavour anyone could enter in the first

place !

I suspect Forrest Fenn was involved ; I suspect J. STUEF was involved ; all was needed by Fenn was a finder.

I suspect Shiloh OLD was involved and maybe Dan BARBARISI too. I don't know any other people involved. I

have no idea why they were selected.

I hereby add reserve over the naming of people involved as my knowledge is limited and the case can only be

investigated by a judge, a magistrate invested with legal powers before any action. Action against F. Fenn

B)(1) Count II:

(2) Supporting Facts:

Photos, short video, distances, numbers, words, sites, solution and materialization for each clue along a

convoluted itinerary and even additional clues upon arrival, extra evidence introduced by additional vocal

comments (in interviews) after the 'poem' was issued.

C)(1)  Count III:




(2)  Supporting Facts:





D) PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1) Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment?
Yes ☐   No ☑   If your answer is "YES", describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

    a) Parties to previous lawsuit.

        Plaintiffs: _____

        Defendants: _____

    b) Name of court and docket number:




    c) Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?




    d) Issues raised: _____

e) Approximate date of filing lawsuit: _____

f) Approximate date of disposition: _____

2) I have previously sought informal or formal releif from the appropriate administrative officials regarding the acts complained of in Part C. Yes ☐  No ☑  If your answer is "Yes", briefly describe how relief was sought and the results. If your answer is "No," briefly explain why administrative relief was not sought.

Irrelevant

### E. REQUEST FOR RELIEF

1) I believe that I am entitled to the following relief:

The treasure itself and the total rights to the proceedings in all subsequent commercial endeavours. Or a financial compensation to the 'tune' of 10 million dollars.

_____  _____Bruno Raphoz_____
Signature of Attorney (if any)                Signature of Petitioner

Attorney's full address and telephone number.

XE-2    2/78                                - 5 -

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he is the plaintiff in the above action, that he has read the above complaint and that the information contained therein is true and correct. 28 U.S.C. Sec. 1746. 18 U.S.C. Sec. 1621.

Executed at _____Nice_____ on _____june 10_____ 20_21_.
                   (Location)                  (Date)

_____Bruno Raphoz_____
        (Signature)