**From:** Emilievivienne <Emilievivienne@protonmail.com>
**Sent:** Tuesday, June 22, 2021 3:28 AM
**To:** NMDml_Magistrate Judge Robbenhaar's Chambers <RobbenhaarChambers@nmd.uscourts.gov>
**Subject:** motion for investigating private documents/conversations

**CAUTION - EXTERNAL:**

**FILED**
at Santa Fe, NM

JUN 2 2 2021

UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

case 1:21-cv-00553 RAPHOZ vs FENN et al

to the attn of Honorable Robbenhaar

Dear Sir,

I hereby make the request for a magistrate, or authority person invested with powers to investigate the affair above referenced, into vocal or written communication between the (defendants) I surmise are responsible for breach of contract / trust, as mentioned somewhat more explicitly in the Pro Se pack I registered lately.
I suppose you may already have bits and pieces gleaned in previous complaints involving F. Fenn, S. Old, J. Stuef, maybe D. Barbarisi...
Please let me know what your court will rule on this as I am tied in Europe and cannot easily appear in your tribunal.

Sincerely,

Bruno Raphoz


Sent with ProtonMail Secure Email.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.