RAPHOZ, Bruno (DOB ███████)

**Name**
RAPHOZ, Bruno

4, av Mireio A

**Address**
06100 NICE        FRANCE

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

2021 JUN 28 PM 4:55

CLERK ALBUQUERQUE

COMPLAINT

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

RAPHOZ, Bruno
_____, Plaintiff
(Full Name)

V.

FENN, Forrest ; OLD, Shiloh ;
STUEF, Jonathan ; BARBARISI,
Dan                  , Defendant(s)

CASE NO. __21cv553 JFR__
(To be supplied by the Clerk)

CIVIL RIGHTS COMPLAINT
PURSUANT TO 42 U.S.C.§1983

## A.   JURISDICTION

1) RAPHOZ, Bruno _____, is a citizen of __FRANCE__
   (Plaintiff)                                   (State)
   who presently resides at 4, av Mireio A _____
                            (Mailing address or place of confinement)
   06100 NICE

2) Defendant __FENN, Forrest ; (posthumously)__ is a citizen of
            (Name of first defendant)
   __USA__ , and is employed as
   (City, State)
   __Old Santa Fe Trail, Santa Fe, NM__ . At the time the claim(s)
   (Position and title, if any)
   alleged in this complaint arose, was this defendant acting under color of state law?
   Yes ☐   No ☑   If your answer is "Yes", briefly explain:

XE-2   2/78        **CIVIL RIGHTS COMPLAINT (42 U.S.C. §1983)**

3) Defendant  OLD, Shiloh ; STUEF, Jonathan ; BARBARISI, Dan  is a citizen of
(Name of second defendant)
USA , and is employed as
(City, State)
I have no way of knowing residing addresses . At the time the claim(s)
( Position and title, if any)
alleged in this complaint arose, was this defendant acting under color of state.
Yes ☐   No ☑   If your answer is "Yes", briefly explain:

(Use the back of this page to furnish the above information for additional defendants.)

4) Jurisdiction is invoked pursuant to 28 U.S.C. §1343(3), 42U.S.C. §1983. (If you wish to assert Jurisdiction under different or additional statutes, you may list them below.)

## B. NATURE OF THE CASE

1) Briefly state the background of your case.

Suit subject is 'F. Fenn's treasure'. After a good number of years at work on the clues and studying the region, I know where the F. Fenn wanted us to go, treasure or not, and it wasn't Wyoming for sure, but Colorado. I did go there and can prove I found the blaze in sept. 2019, located at the precise right spot, evidence leading me there accurately, in the middle of nowhere. I took pictures of the blaze that you can find

in his mail forrestfenn@gmail.com (sent by me sept. 11 2019 by advelocit@gmail.com). The reasons leading me to it are all numbered in the poem, and I even found some additional ones too, courtesy by Fenn, confirming I was where he intended us to be. All this meaning that I can reproduce it in front of a judge.

My assumption is that when F. Fenn knew I was once again on my way to bring the chest back from the above mentioned site (I wrote to him (forrestfenn@gmail.com on march 17, 2020, my email was then emilievivienne@protonmail.com), the virus then plunging the planet to a standstill and his death approaching, the normal expected ending of his story was in limbo, seemed far, far away ! Continued on PDF File

XE-   2/7                              -2-

## C. CAUSE OF ACTION

1) I allege that the following of my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary, you may attach up to two additional pages (8 1/2" x 11") to explain any allegation or to list additional supporting facts.

A)(1) Count I:
F. Fenn weaved a wonderful story that gave him a lot of notoriety but at a price : leaving a part of his precious

belongings to someone unknown, unless... he devised a scheme to keep the story still going while plotting

the end differently, just before dying, than the one promised, breaking an engagement, a vow, a contract. cont'd

(2) Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing leagl authority or argument.)

The suppoorting facts are certainly kept secret by the parties involved and can only be investigated by a

magistrate and that's what I'm asking to start with. It was the wildest endeavour anyone could enter in the first

place !

I suspect Forrest Fenn was involved ; I suspect J. STUEF was involved ; all was needed by Fenn was a finder.

I suspect Shiloh OLD was involved and maybe Dan BARBARISI too. I don't know any other people involved. I

have no idea why they were selected.

I hereby add rese,ve over the naming of people involved as my knowledge is limited and the case can only be

investigated by a judge, a magistrate invested with legal powers before any action. Action against F. Fenn

would be posthumous.

B)(1) Count II:

(2) Supporting Facts:
Photos, short video, distances, numbers, words, sites, solution and materialization for each clue along a

convoluted itinerary and even additional clues upon arrival, extra evidence introduced by additional vocal

comments (in interviews) after the 'poem' was issued.

XE-2 2/78                                           -3-

C)(1)  Count III:




(2)  Supporting Facts:




D)  PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1) Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment?
Yes ☐   No ☑   If your answer is "YES", describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

  a) Parties to previous lawsuit.

   Plaintiffs: _____

   Defendants: _____

  b) Name of court and docket number:




  c) Disposition (for example: Was the case dismissed?  Was it appealed?  Is it still pending?




  d) Issues raised: _____

XE-2   2/78                                  — 4 —

e) Approximate date of filing lawsuit: _____

f) Approximate date of disposition: _____

2) I have previously sought informal or formal releif from the appropriate administrative officials regarding the acts complained of in Part C. Yes☐  No☑   If your answer is "Yes", briefly describe how relief was sought and the results. If your answer is "No," briefly explain why administrative relief was not sought.
Irrelevant

### E. REQUEST FOR RELIEF

1) I believe that I am entitled to the following relief:
The treasure itself and the total rights to the proceedings in all subsequent commercial endeavours. Or a financial compensation to the 'tune' of 10 million dollars.

_____          **Bruno Raphoz**
Signature of Attorney (if any)                    Signature of Petitioner

emilievivienne@protonmail.com

+ 33 695 988 355

Attorney's full address and telephone number.

XE-2   2/78                              - 5 -

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he is the plaintiff in the above action, that he has read the above complaint and that the information contained therein is true and correct.  28 U.S.C. Sec. 1746.  18 U.S.C. Sec. 1621.

Executed at _____**Nice**_____ on ___june 10___ 20_21_
　　　　　　　　　(Location)　　　　　　　　(Date)

　　　　　　　　　　　　　　　**Bruno Raphoz** _(signature)_
　　　　　　　　　　　　　　　　　　(Signature)

XE-2  2/78　　　　　　　　　　- 6 -

Notification of multi district litigation

Please find a written statement for the commencement of the action involving :

RAPHOZ, Bruno (plaintiff)

and

FENN, Forrest ; OLD Shiloh ; STUEF, Jonathan ; BARBARISI, Dan (defendants)

-

There is no other related cases filed in your district initiated by me.

-

The filing fee ($402) will be paid by credit card promptly.

*Bruno RAPHOZ* (signature)

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| | |
|---|---|
| Bruno Raphoz <br><br> *Plaintiff(s)* <br> v. <br> Forrest Fenn ; Shiloh F Old ; Jonathan Stuef ; <br> Dan Barbarisi <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*



A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____   _____
   *Signature of Clerk or Deputy Clerk*

Bruno RAPHOZ
4, av Mirejo
06100 NICE

Written description of the nature of the case

In sept 2019 I informed Forrest Fenn that I found the location of the treasure (with photo). In march 2020 I informed him that I was on my way to retreive the treasure; then all airports shut. In june 2020 he declared the treasure found! Due to surprising details invoqued it appeared suspicious to everyone. Our assumption is that F. Fenn went to retreive the chest himself, declared it found publicly and kept the content for himself. A subsequent show on CBS alleges the treasure was in Wyoming whereas all elements in my findings place it in the south west quadrant of Colorado.

— My aim is to obtain evidence of breach of contract, breach of trust in communications and anywhere between the parties that only a magistrate invested with legal powers can initiate.

In good faith,

[signature]

June 10, 2021

UNITED STATES DISTRICT COURT
District of New Mexico

CM/ECF PRO SE ACCOUNT REGISTRATION FORM
Case Management/Electric Case Files

This form is used to register for a Pro Se account with the Court's Case Management/Electronic Case File (CM/ECF) system. Once an account has been established, the registrant will have the ability to electronically file documents. By registering, the registrant consents to receive electronic notice and service of filings through the system. The following information is **required** for registration:

PLEASE TYPE

First/Middle/Last Name: RAPHOZ, Bruno
Address: 4, av Mireio A
City/State/Zip: 06100 NICE, France
Phone Number: +33 695 988 355       FAX Number:
E-Mail Address: emilievivienne@protonmail.com

Please note that even with a electronic filing account, you must still seek leave of court in each of your cases to file your documents electronically. Please list all of your active cases with the U.S. District Court for the District of New Mexico.

Cases: NONE

By submitting this registration form, the undersigned agrees to abide by all Court rules, orders, policies and procedures governing the use of the electronic filing system. The undersigned also consents to receiving notice of filings pursuant to Fed. R. Civ. P. 5(b) and 77(d) via the Court's electronic filing system. The combination of user ID and password will serve as the signature of the registrant for filing of documents. Registrants must protect the security of their passwords and immediately notify the court if they learn that their password has been compromised.

Bruno RAPHOZ                                 JUNE 10, 2021
Signature of Registrant                        Date

Submission: Email a scanned copy of this completed _and_ signed form to:

cmecfregistration@nmd.uscourts.gov

_Note: Questions regarding this form may be directed to our CM/ECF Help Desk at (505) 348-2075 (Option 1) or via email (at the above email address)._

CM/ECF Pro Se Account Registration Form                                    01/1/2012

JS 44 (Rev. 04/21)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

FILED

## I. (a) PLAINTIFFS
RAPHOZ, Bruno

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Pro Se

### DEFENDANTS
FENN, Forrest ; OLD, Shiloh ; STUEF, Jonathan ; BARBARISI, Dan

County of Residence of First Listed Defendant   Santa Fe, New Mexico
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1  U.S. Government Plaintiff
- [ ] 2  U.S. Government Defendant
- [ ] 3  Federal Question *(U.S. Government Not a Party)*
- [x] 4  Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☒ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **INTELLECTUAL PROPERTY RIGHTS** | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | ☐ 820 Copyrights | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☐ 880 Defend Trade Secrets Act of 2016 | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | **SOCIAL SECURITY** | ☐ 480 Consumer Credit (15 USC 1681 or 1692) |
| ☒ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 861 HIA (1395ff) | ☐ 485 Telephone Consumer Protection Act |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 862 Black Lung (923) | ☐ 490 Cable/Sat TV |
| ☐ 196 Franchise | | | ☐ 790 Other Labor Litigation | ☐ 863 DIWC/DIWW (405(g)) | ☐ 850 Securities/Commodities/ Exchange |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 896 Arbitration |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | ☐ 950 Constitutionality of State Statutes |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [x] 1  Original Proceeding
- [ ] 2  Removed from State Court
- [ ] 3  Remanded from Appellate Court
- [ ] 4  Reinstated or Reopened
- [ ] 5  Transferred from Another District *(specify)*
- [ ] 6  Multidistrict Litigation - Transfer
- [ ] 8  Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Breach of trust, breach of contract (civil case)

Brief description of cause:
Breach of contract by F. FENN in the Forrest Fenn Treasure affair

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

**DEMAND $**
10,000,000.00$

CHECK YES only if demanded in complaint:
**JURY DEMAND:**  ☐ Yes  ☒ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____   DOCKET NUMBER _____

DATE
June 10, 2021

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

*(PRO SE)*

