**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

**UNITED STATES DISTRICT COURT**
**District of New Mexico**

JUN 2 8 2021

CM/ECF PRO SE NOTIFICATION FORM
Case Management/Electronic Case Files

MITCHELL R. ELFERS
CLERK

This form is used to elect the type of notification of filing to be received from the Court's Case Management/Electronic Case File (CM/ECF) system. Please select only **ONE** type of notification and complete the necessary information.

**PLEASE TYPE or PRINT**

| Please enter party information | |
|---|---|
| Case Number: | **21cv553 JFR** |
| First/Middle/Last Name: | Bruno RAPHOZ |
| Contact Phone Number: | +33 695 988 355                                          (Include Area Code) |

| Complete the following information for **either** a P.O. Box **or** physical address, not both. | |
|---|---|
| Address: | 4, av Mireio |
| City/State/Zip: | 06100 NICE France |

**Please choose the method of notification (select only one)**

| | |
|---|---|
| O | I elect to receive notification via **postal mail** (Using the address entered above, **either** a P.O. Box or physical address.) |
| ⊗ | I elect to receive notification via **E-Mail** **      I elect to receive notification via e-mail (Complete the following information) |
| E-Mail Address: | emilievivienne@protonmail.com |
| O | I elect to receive notification via **Fax** ** (Complete the following information. Failures due to invalid or busy fax numbers will be delivered via postal mail to the address above) |
| FAX Number: | (Include Area Code) |

**\*\*For Fax or E-mail, by submitting this notification form, the undersigned consents to receiving notice of filings pursuant to Fed. R. Civ. P. 5(b) and 77(d) via the Court's electronic filing system. Repeated failures, of either the fax number or e-mail address, will result in the information being removed from the case and subsequent notifications will be delivered via postal mail.**

Bruno RAPHOZ
Signature

June 10, 2021
Date

**Submission:** You may submit this completed **AND** signed form via one the following:

| Mail | Fax | E-Mail |
|---|---|---|
| United States District Court ATTN: CM/ECF Notifications 333 Lomas Blvd NW, Suite 270 Albuquerque, NM, 87102 | 505-348-2028 | cmecf@nmcourt.fed.us

(Scan to PDF file format) |

*Note: Questions regarding this form may be directed to our CM/ECF Help Desk at (505) 348-2075 or via email (at the above email address).*