# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

BRUNO RAPHOZ,

    Plaintiff,

v.                                                                            No. 1:21-cv-00553-WJ-JFR

FORREST FENN,
SHILOH OLD,
JONATHAN STUEF, and
DAN BARBARISI,

    Defendants.

## **RULE 58 JUDGMENT**

    **THIS MATTER** comes before the Court on the Court's Order of Dismissal, which dismissed all of Plaintiff's claims.

    **IT IS ORDERED** that this case is **DISMISSED without prejudice.**

_____
**WILLIAM P. JOHNSON**
**CHIEF UNITED STATES DISTRICT JUDGE**